OPINION — AG — ** FREE FAIR BOARD — CONSTRUCTION — COSTS IN EXCESS ** QUESTION: CAN THE FREE FAIR ASSOCIATION ENTER INTO A CONTRACT CALLING FOR SPENDING AN AMOUNT OF MONEY IN EXCESS OF THAT WHICH HAS ALREADY BEEN APPROPRIATED WHICH CONTRACT HAS NOT BEEN CONFINED TO THE FISCAL YEAR ? — NEGATIVE CITE: ARTICLE X, SECTION 26, 2 O.S. 104 [2-104](D) (INDEBTED BEYOND APPROPRIATION) (J. H. JOHNSON)